USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER O'ROURKE,     :
                                      :
         Plaintiff,     :    **ORDER**
                                      :
   -v-                    :    19-CV-9631 (JPO) (JLC)
HEALTHY CHOICE CHIROPRACTIC, P.C,  :
et al,     :
                                      :
         Defendants.   :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Plaintiff Christopher O'Rourke initiated this action on October 18, 2019. Dkt. No. 1. Defendants Healthy Choice Chiropractic, P.C., XYZ Corp., and ABC Landlord Corp. were served on November 12, 2019. Dkt. Nos. 7–9. On December 6, 2019, defense counsel appeared on behalf of Healthy Choice Chiropractic, P.C., but to date, defendants have not moved, answered, or otherwise responded to the complaint. Dkt. Nos. 11–12. Defendants are directed to file their answer (or otherwise respond) to the complaint no later than **January 21**, **2020**. If defendants fail to respond, and plaintiff seeks to move for default, he is directed to do so by **February 21, 2020.**

     **SO ORDERED.**

Dated: January 7, 2020
      New York, New York

                                                        JAMES L. COTT
                                                        United States Magistrate Judge